UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NATALIE NICOLE FRANKLIN,<br><br>   Defendant.<br>_____/ | No. CR09-0714 EMC<br><br>**PRETRIAL ORDER FOR CRIMINAL BENCH TRIAL** |

Trial will commence on **February 9, 2010** from 9:30 a.m. to 1:00 p.m. in Courtroom C**,** 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall exchange and provide to the Court two sets of pre-marked trial exhibits and witness lists no later than three (3) court days before trial.

IT IS SO ORDERED.

Dated: October 14, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge